Jeffrey Willis, Esq.
Nevada Bar No. 4797
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, NV 89501-1961
Telephone: (775) 785-5440
Facsimile: (775) 785-5441
Email: jwillis@swlaw.com
       wklomp@swlaw.com

*Attorneys for Plaintiff/Counter-Defendant U.S. Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BC1, a national banking association;<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SEASONS AT ALIANTE COMMUNITY ASSOCIATION, a Nevada non-profit corporation; TERRA WEST COLLECTIONS GROUP LLC, a Nevada limited-liability company d/b/a ASSESSMENT MANAGEMENT SERVICES;<br><br>Defendants. | Case No.: 2:17-cv-01220-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLIES IN SUPPORT OF DISPOSITIVE MOTIONS**<br><br>**(First Request)** |

|   |   |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company, | |
| Counter-Claimant/Cross-Claimant, | |
| vs. | |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BC1, a national banking association; KEITH C. MALONE, an individual; MARESIA MALONE, an individual, | |
| Counter-Defendant/Cross-Defendants. | |

Plaintiff and Counter-Defendant U.S. Bank National Association, as Trustee For Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-BC1, a national banking association ("U.S. Bank"), Defendant/Counter-Claimant/Cross-Claimant SFR Investments Pool 1, LLC ("SFR"), and Defendant Seasons at Aliante Community Association ("Seasons HOA" and together with U.S. Bank and SFR, the "Parties"), respectfully request the Court enter an order, pursuant to Local Rule IA 6-1, extending the deadline for filing replies in support of the dispositive motions. U.S. Bank and SFR filed counter-motions for summary judgment on July 6, 2018 (ECF Nos. 41 & 42, respectively). The Parties filed oppositions to the motions on July 27. (U.S. Bank Response at ECF No. 43; SFR Response at ECF No. 44; Seasons HOA Response at ECF No. 45). The current deadline for replies that the Parties seek to extend is currently scheduled for August 10, 2018, and has not expired. The Parties seek an extension until **August 22, 2018**.

This is the Parties' first request to extend the deadline for filing replies in support of the motions for summary judgment and is not made for any deleterious purposes or to unnecessarily delay these proceedings. Rather, the Parties seek this extension in good faith due to the issuance of a Nevada Supreme Court decision on a question certified from the federal court. *SFR Invs. Pool 1, LLC v. Bank of N.Y. Mellon*, 124 Nev. Adv. Op. 58 (Nev. Aug. 2, 2018). The Parties

request the additional time to brief the disputed effect of this decision on this case.

Therefore the Parties stipulate to extend the deadline for filing replies in support of the motions for summary judgment until August 22, 2018, and request the Court enter an order extending the deadline.

DATED this 7th day of August, 2018.

TYSON & MENDES LLP

By: */s/ Margaret E. Schmidt*
    Thomas E. McGrath, Esq.
    Nevada Bar No. 7086
    Margaret E. Schmidt, Esq.
    Nevada Bar No. 12489
    3960 Howard Hughes Pkwy., Ste. 600
    Las Vegas, Nevada 89169
    *Attorneys for Seasons at Aliante Community Association*

DATED this 7th day of August, 2018.

SNELL & WILMER L.L.P.

By: */s/ Wayne Klomp*
    Jeffrey Willis, Esq.
    Nevada Bar No. 4797
    Wayne Klomp, Esq.
    Nevada Bar No. 10109
    50 West Liberty Street, Suite 510
    Reno, Nevada 89501
    *Attorneys for U.S. Bank, N.A.*

DATED this 7th day of August, 2018.

KIM GILBERT EBRON

By: */s/ Jacqueline A. Gilbert*
    Diana S. Ebron, Esq.
    Nevada Bar No. 10580
    Jacqueline A. Gilbert, Esq.
    Nevada Bar No. 10593
    Karen L. Hanks, Esq.
    Nevada Bar No. 9578
    7625 Dean Martin Drive, Suite 110
    Las Vegas, Nevada 89139
    *Attorneys for SFR Investments Pool 1, LLC*

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

DATED: August 9, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2018, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Lara J. Taylor*
An Employee of Snell & Wilmer L.L.P.